FILED '10 AUG 23 13:48 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

BRADLEY D. MAIER,           )
                            )
            Plaintiff,      )
                            )   Civil No. 09-896-TC
    v.                      )
                            )   ORDER
MULTNOMAH COUNTY SHERIFF'S  )
OFFICE, et al.,             )
                            )
            Defendants.     )
_____)

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on July 2, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. Plaintiff's complaint is dismissed without prejudice for failure to comply with the requirement of LR 83.10 and for failure to prosecute. This proceeding is dismissed.

DATED this 20th day of August, 2010.

                                            Michael C. Hogan
                                            United States District Judge

2   - ORDER